```
1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5   Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00065-WBS-KJN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $289,695.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $20,389.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $5,439.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $7,438.56 SEIZED FROM TRAVIS CREDIT UNION ACCOUNT NUMBER 432952, | |
| APPROXIMATELY $4,536.29 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8813392803, | |
| APPROXIMATELY $1,889.79 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2297760957, | |
| APPROXIMATELY $1,265.76 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2783081207, | |
| APPROXIMATELY $1,002.30 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7218921497, | |

| | |
|---|---|
| 1 | APPROXIMATELY $800.65 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3827072285, |
| 2 | |
| 3 | APPROXIMATELY $134.22 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1940941055, |
| 4 | |
| 5 | APPROXIMATELY $3,576.83 SEIZED FROM UNION BANK ACCOUNT NUMBER 11712478, |
| 6 | |
| 7 | APPROXIMATELY $1,524.97 SEIZED FROM UNION BANK ACCOUNT NUMBER 11712486, |
| 8 | |
| 9 | APPROXIMATELY $2,002.79 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 19776-06262, |
| 10 | |
| 11 | APPROXIMATELY $868.47 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 19776-05854, |
| 12 | |
| 13 | APPLE MAC DESKTOP COMPUTER, SERIAL NUMBER CD2K2BM9DNCV, and |
| 14 | |
| 15 | 2001 CROWNLINE 212 DB POWER BOAT WITH TRAILER, VIN: JTC42712A101, CALIFORNIA LICENSE NUMBER:4AC1996, |
| 16 | |
| 17 | Defendants. |

It is hereby stipulated by and between the United States of America and claimants Brian Corry Robinson and Kimberly Santiago-Robinson, through undersigned counsel, as follows:

1. On or about February 10, 2014, claimants Brian Corry Robinson and Kimberly Santiago-Robinson filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the assets captioned above (hereafter "defendant assets"), which were seized between October 24, 2013 and October 31, 2013.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant assets as required by law in the administrative

forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is May 9, 2014.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to June 30, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to June 30, 2014.

Dated: 4/29/14

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/29/14

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Claimants
(Authorized via email 4/29/14)

IT IS SO ORDERED.

Dated: May 1, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE